UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:08CR405 CDP |
| ZEUANTRAY VERNER BARRY, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the undersigned on the pro se sealed motion of defendant Zeuantray V. Barry titled "Motion for Review and Reconsideration of Magistrate's Order." I have carefully reviewed the motion and have considered the arguments made before the Magistrate Judge, and I see no basis to change the decision previously made. Accordingly,

**IT IS HEREBY ORDERED** that defendant Zeuantray V. Barry's pro se sealed motion for reconsideration [#206] is denied.

_Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2008.