UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:08CR405 CDP |
| | ) |
| ZEUANTRAY VERNER BARRY, | ) |
| | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, the United States sought forfeiture of specific property of the above-captioned defendant pursuant to Title 21, United States Code, Section 853 as set forth in the Indictment;

AND WHEREAS, on March 25, 2009, the defendant, Zeuantray Verner Barry, pled guilty to Counts I, II, IV, VIII, and IX of the Indictment and entered into a written Stipulation regarding the identified properties subject to forfeiture;

AND WHEREAS, by virtue of said plea of guilty and written Stipulation, the United States is now entitled to possession of said properties, pursuant to Title 21, United States Code, Section 853;

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the defendant's plea of guilty and the written Stipulation, the following properties are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853:

1

The following properties belonging to defendant:

A.  745 Walton Ave, Unit A, St. Louis, MO 63108; legal description: C B 3762 N Walton Ave. Enright Condo I, Unit G-1, parcel number 37620507500;

B.  745 Walton Ave, Unit B, St. Louis, MO 63108; legal description: C B 3762 N Walton Ave. Enright Condo I, Unit G-2, parcel number 37620507510;

C.  745 Walton Ave, Unit D, St. Louis, MO 63108; legal description: C 3762 N Walton Ave. Enright Condo I, Unit G-4, parcel number 37620507530; and

D.  The commercial facility at 3901 St. Ferdinand Ave., St. Louis, MO 63113; legal description: C.B. 3642 Vandeventer, 120 Ft X 55 Ft., Murphy 2nd Addn., Blk 1 Lots 1, 2, & E-3, parcel number 36420000400.

2.  That the aforementioned forfeited properties are to be held by the United States Marshal in their secure custody and control.

3.  That upon issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in any of the above described properties and will post on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 18, United States Code, Section 982(b)(1) and Title 21, United States Code, Section 853(n)(1).

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeiture properties and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture as a substitute for published notice as to those persons so notified.

Ordered this 26th day of March, 2009.

CATHERINE D. PERRY
United States District Court Judge
Eastern District of Missouri

3